```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF RHODE ISLAND
```

JOHN A. MCLAUGHLIN, ET AL.,
    Plaintiffs,

  v.                                                          CA 10-123 S

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, ET AL.,
    Defendants.

## ORDER OF RECUSAL

    I hereby recuse myself from participation in the above-referenced matter.

So ordered.

/s/ *William E. Smith*
_____
William E. Smith
United States District Judge

Date: June 2, 2010