UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TONI ZARRA, <br><br> Plaintiff, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET AL. <br><br> Defendants. | Civ. No. 1:10-cv-00162-ML-DLM |
| MARC R. BEAUDOIN, <br><br> Plaintiff, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET AL. <br><br> Defendant. | Civ. No. 1:10-00193-ML-LDA |
| DONNA O'HERN, <br><br> Plaintiff, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET AL. <br><br> Defendant. | Civ. No. 1:10-cv-00195-ML-DLM |

_____
|                                                         | )   |                                       |
|---------------------------------------------------------|-----|---------------------------------------|
| JULIO FONSECA and LEE ANN FONSECA                       | )   |                                       |
|                                                         | )   |                                       |
| Plaintiffs,                                             | )   |                                       |
|                                                         | )   |                                       |
| v.                                                      | )   | Civil Action No. 1:10-cv-00468-S-DLM  |
|                                                         | )   |                                       |
| GMAC MORTGAGE, LLC, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | )   |                                       |
|                                                         | )   |                                       |
| Defendants.                                             | )   |                                       |
_____
|                                                         | )   |                                       |
| HOUR M. HOEUY                                           | )   |                                       |
|                                                         | )   |                                       |
| Plaintiff,                                              | )   |                                       |
|                                                         | )   |                                       |
| v.                                                      | )   | Civil Action No. 1:10-cv-00483-ML-LDA |
|                                                         | )   |                                       |
| GMAC MORTGAGE CORPORATION and FEDERAL NATIONAL MORTGAGE ASSOCIATION | )   |                                       |
|                                                         | )   |                                       |
| Defendants.                                             | )   |                                       |
_____
|                                                         | )   |                                       |
| NICOLE IADIMARCO,                                       | )   |                                       |
|                                                         | )   |                                       |
| Plaintiff,                                              | )   |                                       |
|                                                         | )   |                                       |
| v.                                                      | )   | Civ. Action. No. 1:10-cv-00440-ML-DLM |
|                                                         | )   |                                       |
| NATIONAL CITY MORTGAGE, NATIONAL CITY MORTGAGE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RESIDENTIAL FUNDING COMPANY, LLC, and PNC MORTGAGE | )   |                                       |
|                                                         | )   |                                       |
| Defendants.                                             | )   |                                       |
_____

_____
|                                                         )
JOHN A. McLAUGHLIN and EILEEN E.    )
McLAUGHLIN                                          )
                                                         )
        Plaintiffs,                         )
                                                         )
v.                                                       )
                                                         )   Civ. No. 1:10-cv-000123-ML-LDA
MORTGAGE ELECTRONIC REGISTRATION )
SYSTEMS, INC., ET AL.                       )
                                                         )
        Defendants.                       )
_____)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant GMAC Mortgage, LLC hereby discloses that GMAC Mortgage, LLC is a wholly owned indirect subsidiary of Ally Financial, Inc. f/k/a GMAC, Inc. ("Ally").  Ally is not publicly held.  No publicly held corporation owns more than 10% of the common stock of Ally.

                                          Defendant
                                          GMAC MORTGAGE, LLC,
                                          By its attorneys,

                                          */s/  Brian S. Grossman*
                                          Brian S. Grossman, Esq., RI Bar ID 7308
                                          bgrossman@princelobel.com
                                          David M. Rosen, Esq., RI Bar ID 6609
                                          drosen@princelobel.com
                                          PRINCE, LOBEL, GLOVSKY & TYE LLP
                                          100 Cambridge Street, Suite 2200
                                          Boston, MA 02114
Dated:  March 1, 2011                    Tel:  617-456-8000

## **CERTIFICATE OF SERVICE**

      I, Brian S. Grossman, hereby certify that this document was filed through the Court's ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2011.

                                        */s/ Brian S. Grossman*